# IN THE SUPREME COURT OF THE STATE OF NEVADA

GILBERT DEMETRIUS AGUILAR,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68638

FILED

APR 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying appellant's postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant filed his petition on July 2, 2015, more than 15 years after remittitur issued from his direct appeal on January 18, 2000. *Aguilar v. State*, Docket No. 31595 (Order of Affirmance, December 20, 1999). Thus, his petition was untimely filed. *See* NRS 34.726. The petition was also successive because appellant had previously sought postconviction relief. *See Aguilar v. State*, Docket No. 57357 (Order of Affirmance, May 9, 2012). Accordingly, the petition was procedurally barred absent a demonstration of good cause and prejudice. *See* NRS 34.726; NRS 34.810(3). Appellant failed to demonstrate good cause and prejudice. Therefore, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-11713

cc: Hon. Kathleen E. Delaney, District Judge
Gilbert Demetrius Aguilar
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A